IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:07-CV-45-BO

| | | |
|---|---|---|
| DEFENDERS OF WILDLIFE, et al., | ) | ORDER |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL PARK SERVICE, et al., | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DARE COUNTY, et al., | ) | |
| | ) | |
| Intervener-Defendants. | ) | |

For good cause shown, the Court hereby GRANTS the Federal
Defendants' Motion to Modify Consent Decree.

The Consent Decree is hereby modified to provide that the
final rule will become effective no later than February 15, 2012.
All other terms of the Consent Decree not addressed in the
Defendants' motion shall remain in full force and effect.

SO ORDERED this __20__ day of __November__, 2011.


_Terence Boyle_

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE